JUDGE ROWLAND
MAGISTRATE JUDGE FUENTES

FILED
8/21/2023
EW
23-CR-455
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDGAR GONZALEZ,<br>     also known as "Gato" | No.<br><br>Violation: Title 18, United States Code, Section 922(g)(1) |

The ACTING UNITED STATES ATTORNEY charges:

On or about January 2, 2023, at Wheeling, in the Northern District of Illinois, Eastern Division,

EDGAR GONZALEZ,
also known as "Gato,"

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely a loaded Smith and Wesson M&P 45 Shield .45 caliber pistol, bearing serial number HDK1546, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The ACTING UNITED STATES ATTORNEY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Information, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Smith and Wesson M&P 45 Shield .45 caliber pistol, bearing serial number HDK1546, and associated ammunition.

*Morris Pasqual* by SME
ACTING UNITED STATES ATTORNEY